# Court of Appeals of
# the State of Georgia

ATLANTA,   November 22, 2016

*The Court of Appeals hereby passes the following order:*

### A17E0017.  MORRIS RICKS v. RHONDA SMITH, BUTTS COUNTY CLERK'S OFFICE.

Morris Ricks has filed in this Court a Petition For a Writ of Mandamus, seeking the issuance of an order directing the Clerk of Butts County Superior Court to take certain actions related to the filing of his pro-se motions.

We lack jurisdiction of this case. Mandamus is an extraordinary remedy that falls within our Supreme Court's general appellate jurisdiction. See *Stendahl v. Cobb County*, 284 Ga. 525, n.1(668 SE2d 723) (2008); Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5). It is for the Supreme Court to determine whether Ricks has properly complied with any requisite procedure to invoke its jurisdiction. See *Howard v. Fuller*, S08O0357(decided, November 30, 2007)(reiterating procedure to be followed before seeking to invoke Supreme Court's original jurisdiction to issue a writ of mandamus against a trial judge). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   11/22/2016
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_ _ _ _ _ *Stephen E. Castlen* _ _ _ _